UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PURADIGM, LLC, | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DBG GROUP INVESTMENTS, LLC, | § | |
| ACTIVEPURE TECHNOLOGIES, LLC | § | |
| (f/k/a AERUS HOLDINGS), | § | |
| ACTIVEPURE MEDICAL, LLC, AERUS | § | CIVIL ACTION NO. 3:23-cv-0216 |
| LLC; AERUS FRANCHISING, LLC, ARS | § | |
| HOME SOLUTIONS, LLC, AERUS | § | |
| ENTERPRISE, LLC, VOLLARA, LLC, | § | |
| and VOLLARA CONCEPTS, LLC, | § | |
| | § | |
| | § | |
|   Defendants. | § | |

## FINAL JUDGMENT

On August 29, 2024, this Court **GRANTED** Defendants DBG Group Investments, LLC, ActivePure Technologies, LLC (f/k/a Aerus Holdings), ActivePure Medical, LLC, Aerus LLC, Aerus Franchising, LLC, ARS Home Solutions, LLC, Aerus Enterprise, LLC, Vollara, LLC, and Vollara Concepts, LLC, (collectively "DBG")'s Renewed Motion for Summary Judgment and **DISMISSED** this case. Doc. 89, Mem. Op. & Order. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case.

SO ORDERED.

SIGNED: August 29, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE